UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J.B.-C, et al.,

                      Plaintiff(s)

          23 civ 10604 (JGK)

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                    Defendant(s).
-------------------------------------------------------------X

**ORDER**

The parties shall file a Rule 26(f) report by **May 22, 2024.**

The conference scheduled for April 24, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

                                                           **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 11, 2024